**FILED**

VANESSA L. ARMSTRONG, CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

JUL 16 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 5:20CR19-TBR

**DEREK FARRELL BROWN**
a/k/a DEREK F. BROWN

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
(*Possession with Intent to Distribute Methamphetamine*)

On or about September 14, 2018, in the Western District of Kentucky, Graves County, Kentucky, the defendant, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

The Grand Jury further charges:

## COUNT 2
*(Felon in Possession of Firearm)*

On or about September 14, 2018, in the Western District of Kentucky, Graves County, Kentucky, the defendant, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, with knowledge that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 22, 2008, in Graves Circuit Court, Graves County, Kentucky, Case Number 07-CR-00344, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, was convicted of the offenses of First-Degree Wanton Endangerment (two counts) and First-Degree Fleeing or Evading, each a felony;

knowingly possessed in and affecting interstate commerce a Colt, model 1903 Pocket Hammerless, .32 caliber semiautomatic pistol, bearing serial number 426458, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
*(Possession with Intent to Distribute Methamphetamine)*

On or about November 28, 2018, in the Western District of Kentucky, Calloway County, Kentucky, the defendant, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

The Grand Jury further charges:

COUNT 4
*(Felon in Possession of Firearm)*

On or about November 28, 2018, in the Western District of Kentucky, Calloway County, Kentucky, the defendant, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, with knowledge that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 22, 2008, in Graves Circuit Court, Graves County, Kentucky, Case Number 07-CR-00344, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, was convicted of the offenses of First-Degree Wanton Endangerment (two counts) and First-Degree Fleeing or Evading, each a felony;

knowingly possessed in and affecting interstate commerce a CBC, model Mossberg International 715T, .22 caliber semiautomatic rifle, bearing serial number ELL3578580, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(viii), as alleged in Counts 1 and 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Further, as a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e), as specifically charged in Counts 2 and 4 of this Indictment, **DEREK FARRELL BROWN** a/k/a DEREK F. BROWN, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offense, including but not limited to the Colt, model 1903 Pocket Hammerless, .32 caliber semiautomatic pistol, bearing serial number 426458, the CBC, model Mossberg International 715T, .22 caliber semiautomatic rifle, bearing serial number ELL3578580, and ammunition.

A TRUE BILL.

FOREPERSON

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:SAH

UNITED STATES OF AMERICA v. **DEREK FARRELL BROWN** A/K/A DEREK F. BROWN

## PENALTIES

| | |
|---|---|
| Counts 1 | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./NM Life Supervised Release |
| | (NL 15 yrs.NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior conviction)) |
| | (NL 25 yrs.NM Life//$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of two prior convictions)) |
| Counts 2 & 4: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| | (NL 15 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release with three qualifying prior convictions pursuant to 18 U.S.C. 924(e)) |
| Count 3: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./NM Life Supervised Release |
| | (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

jFORM DBD-34
JUN.85

No: 5:20CR19-TBR

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Paducah

## THE UNITED STATES OF AMERICA

vs.

## DEREK FARRELL BROWN
a/k/a DEREK F. BROWN

## INDICTMENT

**Count 1 – *Possession with Intent to Distribute
Methamphetamine – 50 Grams or More***
**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)**

**Count 2 – *Felon in Possession of a Firearm***
**18 U.S.C. §§ 922(g)(1) and 924(a)(2)**

**Count 3 – *Possession with Intent to Distribute
Methamphetamine – 5 Grams or More***
**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)**

**Count 4 – *Felon in Possession of a Firearm***
**18 U.S.C. §§ 922(g)(1) and 924(a)(2)**

## Forfeiture

*A true bill.*

_____                                    *Foreperson*

                                                        FILED

*Filed in open court this 16th day of July,* VANESSA L. ARMSTRONG, CLERK

                                                    JUL Clerk 2020

*Bail, $*                                    U.S. DISTRICT COURT
                                             WEST'N. DIST. KENTUCKY